IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE:
MARIA A. WARNER                                                          : Bk. Case No: 09-32251JAM
Debtor.                                                                  : Chapter 13

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** WELLS FARGO FINANCIAL                              **Court claim No.** 2

**Last four digits** of any number used to identify the debtor's account:              6523

| **Final Cure Amount** | |
|---|---|
| | **Amount of Prepetition Mortgage Arrearage** $17,355.00 |
| | Amount Paid by Trustee $17,355.00 |

| **Monthly ongoing Mortgage Payment** | | |
|---|---|---|
| Mortgage is paid directly by the debtor | Yes X | No __ |

Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the trustee, a statement as required under Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with Sec. 1322(b)(5) the debtor is otherwise current on all payments. The statement should itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement.

Dated: 10-15-13

/s/ Molly T. Whiton
Molly T. Whiton
Chapter 13 Trustee
10 Columbus Blvd
Hartford, CT 06106
860-278-9410

**TRUSTEE'S CERTIFICATE OF SERVICE**

I, Molly T. Whiton, Chapter 13 Trustee of the within estate, do hereby certify that on this 15th day of October, 2013, I caused one copy of the within Notice of Final Cure Payment and Completion of Plan Payments to be served by United States Mail, Postage Prepaid, to the following:

MARIA A. WARNER
118 NORTH ATWATER STREET
EAST HAVEN, CT  06512

NEIL CRANE, ESQ.
2679 WHITNEY AVENUE
HAMDEN, CT 06518

WELLS FARGO FINANCIAL
PAYMENT PROCESSING
P. O. BOX 14487
DES MOINES, IA 50306

/s/ Molly T. Whiton
Molly T. Whiton
Chapter 13 Trustee
10 Columbus Blvd
Hartford, CT 06106
860-278-9410